| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Finton Construction, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **95-4664946** |

| | | | | |
|---|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | | **Mailing address, if different from principal place of business** |
| | | **19701 E Country Club Drive, Apt #506 Aventura, FL 33180** | | |
| | | Number, Street, City, State & ZIP Code | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** | | **Location of principal assets, if different from principal place of business** |
| | | County | | **Principal Assets and Operations located at Star Island Miami Beach, FL 33139** |
| | | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Finton Construction, Inc.**                                    Case number (*if known*)
             Name

| | |
|---|---|
| 7. Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>____ |
| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>District _____  When _____  Case number _____ |
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list | ■ No<br>☐ Yes.<br><br>Debtor _____  Relationship _____<br>District _____  When _____  Case number, if known _____ |

Debtor  **Finton Construction, Inc.**        Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Finton Construction, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2016**
MM / DD / YYYY

**X** **/s/ John Finton**                                                **John Finton**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ David Lloyd Merrill**                              Date **June 30, 2016**
Signature of attorney for debtor                                          MM / DD / YYYY

**David Lloyd Merrill**
Printed name

**Merrill PA**
Firm name

**Trump Plaza**
**525 S Flagler Drive, Fifth Floor**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone **561.877.1111**        Email address **ecf@merrillpa.com**

**99155**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Fill in this information to identify the case:

Debtor name: **Finton Construction, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alston & Bird LLP  333 South Hope Street, 16th Floor  Los Angeles, CA 90071 | | | | | | $200,000.00 |
| Arriaga USA / Stoneland / Rubin Marble &  12000 Sherman Way  North Hollywood, CA 91605 | | | | | | $110,000.00 |
| Ashley Tabor / 1278 Angelo LLC / Beachley Holdings Limited  1278 Angelo Drive, Beverly Hills, CA 90210 | | | | | | $100,000.00 |
| Beverly Properties , LLC  C/O Adnan Sen  1054 Shadow Hill Way  Beverly Hills, CA 90210 | | | | | | $100,000.00 |
| City Wall Builders  7258 Haskell Avenue  Van Nuys, CA 91406 | | | | | | $115,812.53 |
| Coastal Tile  7403 Greenbush Ave.  North Hollywood, CA 91605 | | | | | | $62,357.81 |

Debtor **Finton Construction, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fitzgerald, Yap, Kreditor, LLP** 16148 Sand Canyon Avenue Irvine, CA 92618 | | | | | | $197,011.57 |
| **George Thomas (GT) Dave** 540 Vick Place Beverly Hills, CA 90210 | | | | | | $80,000.00 |
| **Grandmaison Construction** 16335 Sultus Street Santa Clarita, CA 91387 | | | | | | $51,331.00 |
| **Hinton, Kreditor, Gronroos, LLP** 50 E. Foothill Blvd., 3rd Floor Arcadia, CA 91006 | | | | | | $51,500.00 |
| **Kevin Washington / KLW Holding, LLC** 12100 Wilshire Blvd., Suite M70 Los Angeles, CA 90025 | | | | | | $400,000.00 |
| **LC Pools** 3411 Clarendon Place Thousand Oaks, CA 91360 | | | | | | $40,000.00 |
| **Los Angeles Department of Water and Powe** PO Box 30808 Los Angeles, CA 90030 | | | | | | $42,288.70 |
| **Marina Moskovenko** Blackenhall, Wilderness Ave Sevenoaks, TN105EA, United Kingdom | | | | | | $303,387.67 |
| **Mr. Jeffrey Kaplan** 620 Stone Canyon Rd Los Angeles, CA 90077 | | | | | | $60,000.00 |
| **Robert Kramer and Toni Holt Kramer** 10825 Chalon Road Los Angeles, CA 90077 | | | | | | $42,565.89 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Finton Construction, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Silverstrand** 9535 Ownensmouth Avenue, Unit D, Chatsworth, CA 91311 | | | | | | $112,000.00 |
| **Snyder Diamond** 1399 Olympic Blvd. Santa Monica, CA 90404 | | | | | | $93,000.00 |
| **Sunwest Clean-Up Inc.** 14229 Don Julian Road | | | | | | $91,746.00 |
| **United Specialties Insurance** c/o RT Speciality 3900 West Alameda Ave., 21st floor Burbank, CA 91505 | | | | | | $130,482.65 |

```
                    I.R.S. (Special Procedures)
                    PO Box 17167, Stop 5760
                    Fort Lauderdale, FL 33318


                    3-B'Z's
                    12519 Miranda Street
                    Valley Village, CA 91607


                    A1 American Roofing
                    15322 Vermont Ave.
                    Paramount, CA 90723


                    Accutech
                    2526 Young Ave.
                    Thousand Oaks, CA 91360


                    Alston & Bird LLP
                    333 South Hope Street, 16th Floor
                    Los Angeles, CA 90071


                    Antique Ornamental Ironworks
                    12115 Branford Street, Unit A1
                    Sun Valley, CA 91352


                    Apollo Glazing
                    420 E. Easy Street
                    Simi Valley, CA 93065


                    Arriaga USA / Stoneland / Rubin Marble &
                    12000 Sherman Way
                    North Hollywood, CA 91605


                    Ashley Tabor / 1278 Angelo LLC /
                     Beachley Holdings Limited
                    1278 Angelo Drive,
                    Beverly Hills, CA 90210


                    Ashley Tabor / 1278 Angelo LLC/
                     Beachley Holdings Limited
                    C/O Raines Feldman LLP Attn: Ronald E. A
                    9720 Wilshire Blvd., 5th Floor
                    Beverly Hills, CA 90210
```

Best Appliance Installation  
12473 Gladstone Ave., Suite M  
Sylmar, CA 91342  

Best Demolition  
12000 Blucher Ave.  
Granada Hills, CA 91344  

Beverly Properties , LLC  
C/O Adnan Sen  
1054 Shadow Hill Way  
Beverly Hills, CA 90210  

Birch Communications  
PO Box 105066  
Atlanta, GA 30348  

Caine & Weiner  
PO Box 5010  
Woodland Hills, CA 91365  

Callari & Summers  
34197 Pacific Coast Highway, Suite 100  
Dana Point, CA 92629  

Caltronics Business Systems  
10491 Old Placerville Road, Suite 150  
Sacramento, CA 95827  

Capo Valley Fireside  
c/o TSI Commerical Division  
1375 E. Woodfield Road, Suite 110  
Saint Charles, IL 60174  

Cellar Masters  
2088 Anchor Court, Ste. A  
Newbury Park, CA 91320  

Chaka Technology  
22624 Calvert Street  
Woodland Hills, CA 91367  

Cisco, inc.  
PO Box 801088  
Houston, TX 77280

```
City Wall Builders
7258 Haskell Avenue
Van Nuys, CA 91406


Coastal Tile
7403 Greenbush Ave.
North Hollywood, CA 91605


Cohn Reznick
1301 Avenue of the Americas
New York, NY 10019


Credence Resource Management LLC
PO Box 2268
Southgate, MI 48195


Credit Collection Service
725 Canton Street
Dedham, MA 02026-2000


D & R Vacuum Systems
3841 Vista Point Way
Palmdale, CA 93551


Electric Automation
PO Box 341457
Los Angeles, CA 90034


EOS CCA
700 Longwater drive
Norwell, MA 02061


ES Drywall
PO Box 1261
Canyon Country, CA 91386


Ferguson Bath & Kitchen
2118 Broadway
Santa Monica, CA 90404


Financial Network Recovery
PO Box 940730
Simi Valley, CA 93094
```

```
Fitzgerald, Yap, Kreditor, LLP
16148 Sand Canyon Avenue
Irvine, CA 92618


George Thomas (GT) Dave
540 Vick Place
Beverly Hills, CA 90210


Grandmaison Construction
16335 Sultus Street
Santa Clarita, CA 91387


Hawaiian Telecom
PO Box 30770
Honolulu, HI 96820


HCT Fine Carpentry
3553 Atlantic Ave., #1110
Long Beach, CA 90807


Hinton, Kreditor, Gronroos, LLP
50 E. Foothill Blvd., 3rd Floor
Arcadia, CA 91006


Hollywood Glass
5119 Hollywood Blvd.
Los Angeles, CA 90027


ICI Architectural Millwork
6820 Brynhurst Ave.
Los Angeles, CA 90043


International Recovery Group
PO Box 23892
Portland, OR 97223


International Risk Resources, LLC
700 Old Roswell Lakes Pkwy Ste. 150
Roswell, GA 30076


JIB Construction
609 Sputh Grand Ave.
Los Angeles, CA 90017
```

```
Judicate West
1851 E. First Street, Suite 1600
Santa Ana, CA 92705


Kevin Washington / KLW Holding, LLC
12100 Wilshire Blvd., Suite M70
Los Angeles, CA 90025


KLW Holding, LLC
PO Box 2490
Jackson, WY 83001


KLW Holding, LLC
101 International Drive
Missoula, MT 59808


KPC Legal Audit
550 North Brand Blvd., 15th Floor
Glendale, CA 91203


Kulhanek, Inc.
2009 Calgary Lance
Los Angeles, CA 90077


LC Pools
3411 Clarendon Place
Thousand Oaks, CA 91360


Leaf
PO Box 742647
Cincinnati, OH 45274


Lombard Consulting Services, Inc.
16902 Bolsa Chica Street #101
Huntington Beach, CA 92649


Los Angeles Department of Water and Powe
PO Box 30808
Los Angeles, CA 90030


M. Preciado
12700 Foothill Blvd.
Sylmar, CA 91342
```

Marina Moskovenko
Blackenhall, Wilderness Ave
Sevenoaks, TN105EA, United Kingdom


Mark Wahlberg
71 Beverly Park
Beverly Hills, CA 92010


Michael Hearn
6 Monarch Drive
Dana Point, CA 92629


Millennium Fire Protection
1227 flynn road
Camarillo, CA 93012


Monte Koch
2033 Bayside Drive
Corona Del Mar, CA 92625


Montelongo Plastering
519 South Gertruda
Redondo Beach, CA 90277


Mr. Jeffrey Kaplan
620 Stone Canyon Rd
Los Angeles, CA 90077


O'Neil Security
PO Box 4354
Valley Village, CA 91617


Parquet by Dian
16601 S. Main Street
Gardena, CA 90248


Pierre Sprinkler and Landscape
5455 Second Street
Baldwin Park, CA 91706


Pratt Cooling & Heating
262 Valle Vista Ave.
Monrovia, CA 91016

```
Preferred Constractors
1430 S. Grand Ave., Suite 390
Glendora, CA 91740


Priority collections, Inc.
21818 Craggy View Street, Suite 201
Chatsworth, CA 91311


Pro Consulting Services
PO Box 66768
Houston, TX 77266


Progressive Insulation
9750 Topanga Canyon Blvd.
Chatsworth, CA 91311


Realstone
15530 Lanark Street
Van Nuys, CA 91406


Rich Drywall
29115 N. Summer Oak Court
Saugus, CA 91390


RO Stewart Plumbing
1166 N. Western Ave.
Los Angeles, CA 90029


Robert Kramer and Toni Holt Kramer
10825 Chalon Road
Los Angeles, CA 90077


Roly's Trucking Company
13645 Live Oak
Irwindale, CA 91706


RSR Steel
11040 I Avenue
Hesperia, CA 92345


S&S Portable Services
PO Box 367
Glendora, CA 91740
```

Scott L. Levitt, Esq.
311 Main Street, Suite #8
Seal Beach, CA 90740


Sierra Creek Pools Corp.
17516 Dove Willow Street
Canyon Country, CA 91387


Silverstrand
9535 Ownensmouth Avenue, Unit D,
Chatsworth, CA 91311


Simon Cowell c/o Peter Fairley
1301 Avenue of the Americas
New York, NY 10019


Snyder Diamond
1399 Olympic Blvd.
Santa Monica, CA 90404


Storage Container.com
835 West State Street
Ontario, CA 91762


Sullivan Curtis Monore
1920 Main Street, Suite 600
Irvine, CA 92614


Sunwest Clean Up
14229 Don Julian Road
La Puente, CA 91746


Sunwest Clean-Up Inc.
14229 Don Julian Road


Sunwest Cleanup
14229 Don Julian Road
La Puente, CA 91746


The Gas Company
PO Box C, Montery Park
Monterey Park, CA 91756

Timothy D.  McGonigle, Esq
1880 Century Park East, Suite 516
Los Angeles, CA 90067


Transworld Systems, Inc.
PO Box 15618
Wilmington, DE 19850


Traub Lieberman Straus & Shrewsberry LLP
626 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017


U & M Waterproofing
20123 Hatteras Street
Woodland Hills, CA 91367


U&M Waterproofing
20123 Hatteras Street
Woodland Hills, CA 91367


United Sites Services
PO Box 53267
Phoenix, AZ 85072


United Specialties Insurance
c/o RT Speciality
3900 West Alameda Ave., 21st floor
Burbank, CA 91505


Vania Bedrossian Plumbing
3314 verdugo Road
Glendale, CA 91208


Von Esch Law Group, ALC
Attn: Robert Von Esch
2201 East Chapman Ave.
Fullerton, CA 92831


Walter Schild
1875 Crescent Heights
Los Angeles, CA 90069


West Chester Glass
11644 Vanowen Street
North Hollywood, CA 91605

```
William Scotsman
901 S. Bond Street, Sutie 600
Baltimore, MD 21231


Zia Electronics
23841 Albers Street
Woodland Hills, CA 91367
```