# EXHIBIT 5

MAIN    COMPANY PROFILE    PARTNER PROFILE    SERVICES    PROJECTS    PRESS    AWARDS    BOOKS    CONTACT    

Art Deco    Asian Contemporary    Beaux Art    Classic French    Colonial    Contemporary    Contemporary Mediterranean    Country French    French    French Chateau    French Colonial    French Normandy    French Provincial    Italian Modern    Mediterranean    Santa Barbara Style    Spanish Mediterranean    Spanish Revival    Traditional Beach    Tuscan

ALL PROJECTS


**Mediterranean**
Newport Coast, California
15,000 sq. ft.
architect
Richard Krantz
interior designer
Trekken
landscape designer
-


**Tuscan**
Corona Del Mar, California
5,500 sq. ft.
architect
Brion Jeanette
interior designer
-
landscape designer
-


**Santa Barbara Style**
Newport Beach, California
15,000 sq. ft.
architect
Sinclair Associates Architects
interior designer
Mark Cutler Design
landscape designer
-


**Santa Barbara Style**
Newport Beach, California
15,000 sq. ft.
architect
Sinclair Associates Architects
interior designer
Mark Cutler Design
landscape designer
-


**French Normandy**
Beverly Hills, California
42,000 sq. ft.
architect
Landry Design Group
interior designer
Joan Behnke
landscape designer
-


**Contemporary**
Beverly Hills, California
8,000 sq. ft
architect
Magni Design
interior designer
Magni Design
landscape designer
-


**French**
Pasadena, California
6,000 sq. ft.
architect
Appleton & Associates
interior designer
Penny Bianchi
landscape designer
-


**Mediterranean**
Brentwood, California
-
architect
Jesse Castaneda
interior designer
-
landscape designer
-


**Asian Contemporary**
Dana Point, California
5,000 sq. ft.
architect
Brion Jeanette
interior designer
Beth Phillips
landscape designer
-


**French Chateau**
Brentwood, California
15,000 sq. ft.
architect
Gianetti Architecture
interior designer
Michael J. Valente, Inc.
landscape designer
David Jones


**Mediterranean**
Pacific Palisades, California
8,000 sq. ft.
architect
William Hefner
interior designer
Kazuko Hoshino
landscape designer
-


**Spanish Mediterranean**
Ladera Ranch, California
7,000 sq. ft.
architect
South Coast Architects
interior designer
-
landscape designer
-



**Contemporary**
Carpinteria, California
6,000 sq. ft.
architect
Moore Ruble Yudell
interior designer
Moore Ruble Yudell
landscape designer
-



**Contemporary**
Bel Air, California
8,000 sq. ft.
architect
Frederick Fisher
interior designer
Moore Ruble Yudell
landscape designer
-



**Traditional Beach**
Malibu, California
13,067 sq.ft.
architect
Gianetti Architecture
interior designer
David Phoenix
landscape designer
-



**Mediterranean**
Beverly Hills, California
40,000 sq. ft.
architect
Landry Design Group
interior designer
Ron Wilson
landscape designer
-



**Contemporary**
-, -
-
architect
-
interior designer
-
landscape designer
-



**Mediterranean**
-, -
-
architect
-
interior designer
-
landscape designer
-



**Italian Modern**
Beverly Hills, California
5,000 sq. ft.
architect
Jesse Castaneda
interior designer
Michael Berman
landscape designer
-



**Country French**
Beverly Hills, California
21,000 sq. ft
architect
Hablinski Architecture
interior designer
Richard Hallberg
landscape designer
-



**Art Deco**
Beverly Hills, California
22,000 sq. ft.
architect
Richard Landry
interior designer
Joan Behnke
landscape designer
-



**Mediterranean**
Newport Coast, California
15,000 sq. ft.
architect
Richard Krantz
interior designer
Trekken
landscape designer
-



**Contemporary**
Beverly Hills, California
-
architect
Brian Biglin
interior designer
Jennifer Post
landscape designer
-



**Beaux Art**
Beverly Hills, California
35,000 sq. ft.
architect
Biglin Architecture Group
interior designer
-
landscape designer
-



**Contemporary**
Beverly Hills, California
20,000 sq. ft.
architect
Landry Design Group
interior designer
Magni Design
landscape designer
-



**Asian Contemporary**
Corona Del Mar, California
5,000 sq. ft.
architect
Brion Jeanette
interior designer
-
landscape designer
-



**Colonial**
Beverly Hills, California
20,000 sq. ft.
architect
Jay Johnson Architects
interior designer
Kerry Joyce
landscape designer
-



**Contemporary**
Beverly Hills, California
13,607 sq. ft.
architect
Landry Design Group
interior designer
Magni Design
landscape designer
-



**Contemporary**
Beverly Hills, California
10,000 sq. ft.
architect
Bigin Architecture Group
interior designer
Jennifer Post
landscape designer
-



**Contemporary**
Hollywood Hills, California
8,000 sq. ft.
architect
Brett Baret
interior designer
Brett Baret
landscape designer
-



**Contemporary Mediterranean**
Palos Verdes Estates, California
10,000 sq. ft.
architect
Landry Design Group
interior designer
-
landscape designer
-



**French Colonial**
Malibu, California
10,000 sq. ft.
architect
Giannetti Architecture
interior designer
Madeline Stuart
landscape designer
-



**Mediterranean**
Beverly Hills, California
24,000 sq. ft.
architect
Hablinski Architecture
interior designer
-
landscape designer
-



**Mediterranean**
Beverly Hills, California
15,000 sq. ft.
architect
Giannetti Architecture
interior designer
Kelly Bray
landscape designer
-



**Mediterranean**
Beverly Hills, California
15,000 sq. ft.
architect
BAK Architects
interior designer
Patricia Barash
landscape designer
-



**Mediterranean**
Newport Coast, California
10,000 sq. ft.
architect
Rob Sinclair & Associates
interior designer
Karen Butera
landscape designer
-



**Mediterranean**
Pasadena, California
6,000 sq. ft.
architect
Giannetti Architecture
interior designer
-
landscape designer
-



**Mediterranean**
Pasadena, California
4,000 sq. ft.
architect
Ward Jewell
interior designer
Sandy Koepke
landscape designer
-



**Contemporary**
Pasadena, California
3,000 sq. ft.
architect
-
interior designer
John Roberts
landscape designer
-



**Spanish Revival**
Hollywood Hills, California
8,000 sq. ft.
architect
Robin Standefer
interior designer
Robin Standefer
landscape designer
-



**Contemporary**
Tarzana, California
17,000 sq. ft.
architect
Landry Design Group
interior designer
-
landscape designer
-



**French Provincial**
Brentwood, California
7,000 sq. ft.
architect
William Hefner
interior designer
Kazuko Hoshino
landscape designer
-



**Traditional Beach**
Malibu, California
-
architect
Gianetti Architecture
interior designer
-
landscape designer
-



**Contemporary**
-, -
-
architect
-
interior designer
-
landscape designer
-



**Classic French**
Holmby Hills, California
35,000 sq. ft.
architect
Hablinski Architecture
interior designer
Mel Lowrance Interiors
landscape designer
-