UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:

FINTON CONSTRUCTION, INC.,

Debtor.
_____/

Case No. 16-19221-LMI
(Jointly Administered)

### EX PARTE MOTION TO APPEAR *PRO HAC VICE*

I, Eyal Berger ("Movant"), a member in good standing of the bar of the United States Bankruptcy Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Richard D. Keys ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for the Southern District of Florida, and qualified to practice in this court, who proposes to act as counsel for Michael Reeves ("Client") in the bankruptcy proceeding listed above in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the bankruptcy proceeding identified above.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this bankruptcy proceeding in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the

preparation and the presentation of the bankruptcy proceeding and to accept service of all papers served in such proceeding.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the bankruptcy proceeding noted above on behalf of the Client. I understand that if I decline to serve as local counsel in such bankruptcy proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in this proceeding.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(B)(2) is filed concurrently herewith as Exhibit "A." A proposed order is also attached as Exhibit "B."

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this bankruptcy proceeding on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: July 11, 2016               Respectfully submitted,

                                   By:  /s/ *Eyal Berger*
                                   **AKERMAN LLP**
                                   Eyal Berger, Esq.
                                   Florida Bar Number: 011069
                                   Las Olas Centre II, Suite 1600
                                   350 East Las Olas Boulevard
                                   Fort Lauderdale, FL  33301-2999
                                   Phone: (954) 463-2700
                                   Fax: (954) 463-2224
                                   Email: eyal.berger@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed on the below service list.

By: /s/ *Eyal Berger*  
Eyal Berger

## SERVICE LIST

**16-19221-LMI Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Creditor Michael Reeves
eyal.berger@akerman.com, jeanette.martinez@akerman.com

David L. Merrill, Esq. on behalf of Debtor Finton Construction, Inc.
dlmerrill@merrillpa.com,
ecf@merrillpa.com;zcastro@merrillpa.com;ecfmerrillpa@gmail.com;dmaharrey@merrillpa.com;mkargoll@merrillpa.com

David L. Merrill, Esq. on behalf of Debtor John J Finton
dlmerrill@merrillpa.com,
ecf@merrillpa.com;zcastro@merrillpa.com;ecfmerrillpa@gmail.com;dmaharrey@merrillpa.com;mkargoll@merrillpa.com

David L. Merrill, Esq. on behalf of Interested Party John J Finton
dlmerrill@merrillpa.com,
ecf@merrillpa.com;zcastro@merrillpa.com;ecfmerrillpa@gmail.com;dmaharrey@merrillpa.com;mkargoll@merrillpa.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**16-19221-LMI Notice will not be electronically mailed to:**

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                            Case No. 16-19221-LMI
                                                   (Jointly Administered)

FINTON CONSTRUCTION, INC.,

       Debtor.
_____/

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

1.     I, Richard D. Keys, am a member in good standing of the bar of the State of California. I am a member in good standing of the bar of the United States District Court for the Central District of California, but I am not admitted to the bar of the United States Bankruptcy Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of California or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

2.     I hereby request authority to appear *pro hac vice* in this bankruptcy proceeding in this case on behalf of Michael Reeves ("Client"). I designate Eyal Berger ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the bankruptcy proceeding above in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

3.  I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: July 8, 2016

Richard Keys, Esq.
California Bar No. 105901
Email: rkeys@bidnakeys.com
**AKERMAN LLP**
*Attorneys for Michael Reeves*
Bidna & Keys APLC
5120 Campus Drive
New Port Beach, CA 92660
Telephone: (949) 752-7030
Facsimile (949) 752-8770

The foregoing instrument was sworn to and subscribed before me this 11th day of July, 2016, by RICHARD D. KEYS, who is:

[✓]  personally known to me; or

[ ]  produced a driver's license issued by the _____ Department of Highway Safety and Motor Vehicles as identification; or

[ ]  produced the following identification: _____

NOTARY PUBLIC, STATE OF CALIFORNIA

Krish Lothian
(Print, Type or Stamp Commissioned Name of Notary Public)

K. LOTHIAN
Commission # 2123814
Notary Public - California
Orange County
My Comm. Expires Aug 16, 2019

{38657213;1}

# EXHIBIT "B"

{38657213;1}

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                                             Case No. 16-19221-LMI
(Jointly Administered)

FINTON CONSTRUCTION, INC.,

    Debtor.
_____/

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Ex Parte Motion to Appear Pro Hac Vice (ECF No.--). The court having reviewed the motion and good cause appearing, it is ORDERED that Richard D. Keys ("Visiting Attorney") may appear before this court pro hac vice as counsel for Michael Reeves ("Client") in this bankruptcy proceeding, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney pro hac vice.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Eyal Berger, Esq.
Akerman LLP
Las Olas Centre II – Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida
Telephone (954) 463-2700
Facsimile (954) 463-2224
Email: eyal.berger@akerman.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this bankruptcy proceeding in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such bankruptcy proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this court approving the same, Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Eyal Berger, Esq.
Akerman LLP
Las Olas Centre II – Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida
Telephone (954) 463-2700
Facsimile (954) 463-2224
Email: eyal.berger@akerman.com

**COPIES TO:**
Richard D. Keys, Esq.

Eyal Berger, Esq. who shall serve a copy of this order on the United States Trustee and all parties who have filed appearances in this bankruptcy proceeding, and shall file a certificate of service thereof.